UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Malachi A. Buswell

     Petitioner,

     v.

Vermont Department of Corrections and
Commissioner Nicholas Deml,

     Respondents.

Civil Action No. 2:25–cv–677

**<u>ORDER</u>**

On October 7, 2025, Petitioner Malachi A. Buswell filed a Petition Under 28 U.S.C.

§ 2254. (Doc. 4.) On the same date, the Court granted Petitioner's Application for Leave to

Proceed in forma pauperis and ordered that the Petition be served upon Respondents and the

Office of the Attorney General. (Doc. 5.) The Order directed that Respondents file an Answer as

required within 30 days after the date of the Order. Respondents have not filed an answer or

responsive pleading as of December 2, 2025, nor have Respondents requested leave of Court to

extend the response deadline. On November 17, 2025, Petitioner filed a Motion for Default

Judgment. (Doc. 8.)

     Accordingly, it is ORDERED that Respondents file responses to both the Petition and the

Motion for Default Judgment on or before December 16, 2025. Should responses not be filed by

December 16, this matter will be set for a hearing.

     Dated at Burlington, in the District of Vermont, this 2nd day of December 2025.

                      */s/ Kevin J. Doyle*
                      United States Magistrate Judge